UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| MARIAH C._____Plaintiff,_____vs.,_____COMMISSIONER SOCIAL SECURITY,_____Defendant. | Civil No. 6:22 -cv-00614-SI_____ORDER TO PAY_____EAJA FEES |

SIMON, Judge:

Following my review of Plaintiff's Motion and supporting documentation, and after consideration of Defendant's response, and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, $13,999.53 is awarded to Plaintiff in care of her attorney, Nancy J. Meserow, and the check for EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J. Meserow, subject to the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010); and in addition, Plaintiff is awarded $20.00 for postage expenses, so that the total amount awarded equals $14,019.53. Any check issued for EAJA fees, costs, or expenses shall be sent to Plaintiff in care of her attorney, Nancy J. Meserow, at her office, located at the following address:

Law Office of Nancy J. Meserow
7540 SW 51st Ave.
Portland, OR
97219.


IT IS SO ORDERED.


Dated this ____5th_____ day of ____November_____, 2023

_____
UNITED STATES DISTRICT JUDGE, MICHAEL H. SIMON